# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERNARD JOHNSON,<br><br>                      Petitioner,<br><br>          v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                      Respondents. | Civil No.   06cv1586-JM (PCL)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On August 8, 2006, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but neither paid the filing fee nor submitted a request to proceed in forma pauperis. On August 30, 2006, the Court dismissed this action for failure to satisfy the filing fee requirement and for failure to name a proper respondent. Petitioner was instructed that to have this case reopened, he had to satisfy the filing fee requirement <u>and</u> file an amended petition on or before November 1, 2006.

On September 8, 2006, Petitioner filed a Motion to Proceed In Forma Pauperis but still has not filed an amended petition. Petitioner has no funds on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being

1 required to prepay fees or costs and without being required to post security. However, this
2 matter remains closed pending the filing of an amended petition on or before November 6, 2006.
3 **IT IS SO ORDERED.**

5 DATED: October 24, 2006

_J. Battaglia_
6 Hon. Anthony J. Battaglia
7 U.S. Magistrate Judge
United States District Court